UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA

v.

CASE NO: 6:25-cr-214-JSS-DCI
8 U.S.C. § 1326(a)

JESUS JUAREZ-GONZALEZ
a/k/a Jesus Juarez

## INDICTMENT

The Grand Jury charges:

## COUNT ONE
### (Illegal Re-Entry by Deported Alien)

On or about July 2, 2025, in the Middle District of Florida, the defendant,

JESUS JUAREZ-GONZALEZ
a/k/a Jesus Juarez,

being an alien of the United States, who previously was deported, excluded, and

removed from the United States on or about November 3, 2013, and on or about

July 19, 2014, and who had not received the consent of the Attorney General or the

Secretary of Homeland Security to reapply for admission to the United States, was

found to be voluntarily in the United States.

In violation of 8 U.S.C. § 1326(a).

A TRUE BILL.



Foreperson

GREGORY W. KEHOE
United States Attorney

By: _____
Bianca S. Bansal
Special Assistant United States Attorney

By: _____
Chauncey A. Bratt
Assistant United States Attorney
Deputy Chief, Orlando Division

FORM OBD-34

July 25                              No.

UNITED STATES DISTRICT COURT
Middle District of Florida
Orlando Division

THE UNITED STATES OF AMERICA

vs.

JESUS JUAREZ-GONZALEZ
a/k/a Jesus Juarez

INDICTMENT

Violations:   8 U.S.C. § 1326(a)

A true bill.

_____
Foreperson

Filed in open court this 23rd day of July 2025.

_____
Clerk

Bail $_____

GPO 863 52